IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00256-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CLIFFORD ERIC PERIAN,

    Defendant.

_____

## ORDER
_____

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same,

IT IS HEREBY ORDERED that the defendant be granted an additional one-level decrease in the offense level.

Dated this __10th__ day of December, 2013.

                                                BY THE COURT:

                                                __s/Lewis T. Babcock__
                                                Lewis T. Babcock
                                                United States District Court Judge