IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00256-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CLIFFORD ERIC PERIAN,

    Defendant.

---

### ORDER

---

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Count One of the Indictment in the above-captioned case is dismissed.

Dated this __10th__ day of December, 2013.

                          BY THE COURT:

                          __s/Lewis T. Babcock__
                          Lewis T. Babcock
                          United States District Court Judge